IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J Sports Productions, Inc, | NO. C 09-01116 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Thao Minh Thi Nguyen, | |
| Defendant. | |

Pursuant to the Court's September 14, 2009 Order Granting in Part and Denying in Part Plaintiff's Motion for Default Judgment, judgment is entered in favor of Plaintiff J & J Sports Productions, Inc., against Defendant Thao Minh Thi Nguyen.

Judgment is entered in the amount of $1,600 plus reasonable costs.

The Clerk shall close this file.

Dated: September 14, 2009

*James Ware*
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas Peter Riley tprlaw@att.ner

| | |
|---|---|
| **Dated:  September 14, 2009** | **Richard W. Wieking, Clerk** |
| | **By:    /s/ JW Chambers**<br>      **Elizabeth Garcia**<br>      **Courtroom Deputy** |